partment. November 14, 1906.) Action by William Keating, by guardian, etc., against S. M. Coon, as receiver, etc.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., dissents.

---

In re KEESEVILLE, A. C. & L. C. R. CO. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) In the matter of the application of the Keeseville, Ausable Chasm & Lake Champlain Railroad Company for an order permitting it to construct its road over a bridge in the village of Keeseville between the counties of Clinton and Essex. No opinion. Order unanimously affirmed, with costs.

---

KELLY v. FORMOSA. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Charles Kelly against Charles Formosa. No opinion. Leave to withdraw motion granted, without costs.

---

KERR, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Hannah B. Kerr against the Manhattan Railway Company and others. W. G. Peckham, for appellants. M. W. Gallaway, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

KIERNAN v. EIDLITZ. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Kate Kiernan against Otto M. Eidlitz. No opinion. Motion denied, with $10 costs. Order filed.

---

KIERNAN v. EIDLITZ et al. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Kate Kiernan, as administratrix, against Otto M. Eidlitz and others. No opinion. Motion denied, with $10 costs. Order filed.

---

KINGS COUNTY LIGHTING CO., Respondent, v. CITY OF NEW YORK, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by the Kings County Lighting Company against the city of New York. No opinion. Judgments unanimously affirmed, with one bill of costs.

---

KINGSTON et al. v. HERCULES REALTY CO. et al. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by John Kingston and others against the Hercules Realty Company and others. No opinion. Motion denied, with $10 costs. Order filed.

---

KLAPISZAK, Respondent, v. NATIONAL CAR WHEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Michael Klapiszak against the National Car Wheel Company. No opinion. Judgment and order affirmed, with costs.

KLIGER v. ROSENFELD et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Max Kliger against Samuel Rosenfeld and another. No opinion. Motion denied, on payment of $10 costs. Order filed.

---

KNICKERBOCKER v. GROTON BRIDGE CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Edwin W. Knickerbocker against the Groton Bridge Company. No opinion. Motion granted, with $10 costs. Order filed.

---

KNICKERBOCKER CO., Respondent, v. MORAN, Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Action by the Knickerbocker Company against Daniel A. Moran. L. J. Tompkins, for appellant. J. T. Davies, Jr., for respondent. No opinion. Order modified as directed in order, and, as modified, affirmed, without costs. Order filed.

---

KNICKERBOCKER TRUST CO. v. MANHATTAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by the Knickerbocker Trust Company against the Manhattan Life Insurance Company. No opinion. Judgment affirmed, with costs.

---

KNICKERBOCKER TRUST CO., Respondent, v. PARSONS, Appellant. (Supreme Court. Appellate Division, First Department. December 28, 1906.) Action by the Knickerbocker Trust Company against Agnes E. Parsons, as executrix. R. E. Whalen, for appellant. E. P. Shattuck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re KNOWLES. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) In the matter of the application of Francis W. Knowles for admission to the bar. No opinion. Application granted.

---

KOCHMANN, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Minnie F. Kochmann against the city of Mt. Vernon. No opinion. Judgment and order of the County Court of Westchester County unanimously affirmed, with costs.

---

KOELSCH, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by August Koelsch against the Interurban Street Railway Company. H. C. Smyth, for appellant. J. P. Elder, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs,